550 A.2d 536

**Jane NASON, Harry Nason and Ralph Brenner, Appellants,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF PUBLIC WELFARE, et al.**

**No. 20 M.D. Appeal Dkt. 1987.**

Supreme Court of Pennsylvania.

Nov. 2, 1988.

## ORDER

PER CURIAM:

AND NOW, this 2nd day of November, 1988, the "Application for Order Modifying the October 16, 1987, Opinion of the Pennsylvania Supreme Court" is denied.

LARSEN, J., dissents.

## ORDER

PER CURIAM:

AND NOW, this 2nd day of November, 1988, the "Application for Order Modifying and/or Enforcing the Opinion Per Curiam of the Pennsylvania Supreme Court dated October 16, 1987" is denied.

LARSEN, J., dissents.